UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARGARET E. MANNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CV-619-TAV-CCS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Defendant Commissioner's motion for summary judgment is **GRANTED;** the Defendant Commissioner's decision in this case denying Plaintiff's application for disability benefits is **AFFIRMED;** and this case is **DISMISSED.**

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
    CLERK OF COURT